■ MADELINE GIORDANO, Appellant, v ROBERT A. LINWOOD, Respondent. [767 NYS2d 887]—In an action to recover damages for medical malpractice, the plaintiff appeals from a judgment of the Supreme Court, Nassau County (Winslow, J.), entered August 1, 2002, which, upon a jury verdict in favor of the defendant, and upon an order of the same court dated March 29,

2002, denying her motion pursuant to CPLR 4404 (a) to set aside the verdict as against the weight of the evidence and for judgment as a matter of law, is in favor of the defendant and against her.

Ordered that the plaintiff's notice of appeal from the order is deemed a premature notice of appeal from the judgment (*see* CPLR 5520 [c]); and it is further,

Ordered that the judgment is affirmed, with costs.

Contrary to the plaintiff's contentions, the trial court properly determined that she was not entitled to judgment as a matter of law (*see Cohen v Hallmark Cards,* 45 NY2d 493 [1978]), and that the verdict was not against the weight of the evidence (*see Nicastro v Park,* 113 AD2d 129 [1985]).

The plaintiff's remaining contentions either are unpreserved for appellate review or without merit. Altman, J.P., Florio, Friedmann and Mastro, JJ., concur.